IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR225 |
| vs. | ) | ORDER |
| TERRY SIDIE,<br>JAMES PETTRY,<br>JAMIE TRUJILLO,<br>PAUL SWOBODA,<br>ARYAN PERRY, and<br>ADAM DOBESH, | ) | |
| Defendants. | ) | |

This matter is before the court on motion of defendant James Pettry (Pettry) for an extension of time to file pretrial motions (Filing No. 58). Pettry seeks an additional thirty days in which to file pretrial motions. The motion will be granted upon condition that Pettry file the affidavit required by NECrimR 12.1(a) and paragraph 9 of the Progression Order on or before August 27, 2014. The pretrial motion deadline will be extended as to all defendants in this matter.

**IT IS ORDERED:**

1. Pettry's motion for an extension of time to file pretrial motions (Filing No. 58) is granted.

2. ALL DEFENDANTS in this matter are given until **on or before September 22, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **August 21, 2014, and September 22, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge